JUDGE WOODS

# DOCUMENTS TO BE SEALED

## PLAINTIFF

-V-

## DEFENDANT

DOCKET NUMBER: 19 CV 7398

DATE FILED: AUG 8 2019

SIGNED BY: JUDGE RAKOFF

DATE SIGNED: AUG 6 2019

FILED
U.S. DISTRICT COURT
2019 AUG -8 AM 10:03
S.D. OF N.Y.

TO BE FILED UNDER SEAL:

_____ ENTIRE ACTION

✓ COMPLAINT / PETITION ONLY

_____ OTHER DOCUMENTS / EXHIBITS